# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 16-0373V
### Filed: August 15, 2016
UNPUBLISHED

```
* * * * * * * * * * * * * * * * * * * * * * * * *
CORI MARSHALL,                          *
                                        *
                  Petitioner,           *      Damages Decision Based on Proffer;
v.                                      *      Influenza ("Flu") Vaccine; Shoulder
                                        *      Injury Related to Vaccine Administration
SECRETARY OF HEALTH                     *      ("SIRVA"); Special Processing Unit
AND HUMAN SERVICES,                     *      ("SPU")
                                        *
                  Respondent.           *
                                        *
* * * * * * * * * * * * * * * * * * * * * * * * *
```

*Jeffrey S. Pop, Attorney at Law, Beverly Hills, CA, for petitioner.*
*Jennifer Leigh Reynaud, U.S. Department of Justice, Washington, DC, for respondent.*

## DECISION AWARDING DAMAGES[1]

**Dorsey**, Chief Special Master:

On March 23, 2016, Cori Marshall ("petitioner") filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*,[2] (the "Vaccine Act"). Petitioner alleges that she developed right shoulder pain and right arm pain as a result of an influenza ("flu") vaccine she received on October 14, 2014. Petition at 1. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On August 15, 2016, a ruling on entitlement was issued, finding petitioner entitled to compensation. On August 15, 2016, respondent filed a Rule 4(c) Report and Proffer on Damages ("Proffer") stating petitioner should be awarded $105,000.00. Proffer at 4. In the Proffer, respondent represented that petitioner agrees with the proffered award.

---

[1] Because this unpublished decision contains a reasoned explanation for the action in this case, the undersigned intends to post it on the United States Court of Federal Claims' website, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). In accordance with Vaccine Rule 18(b), petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, the undersigned agrees that the identified material fits within this definition, the undersigned will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

Based on the record as a whole, the undersigned finds that petitioner is entitled to an award as stated in the Proffer.

Pursuant to the terms stated in the attached Proffer, **the undersigned awards petitioner a lump sum payment of $105,000.00, in the form of a check payable to petitioner, Cori Marshall.** This amount represents compensation for all damages that would be available under § 300aa-15(a).

The clerk of the court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

**s/Nora Beth Dorsey**
Nora Beth Dorsey
Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.